AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |
|---|---|---|
| MIGUEL DE JESUS PORFIRIO, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  25-cv-04015-NRM-AYS |
| | ) | |
| SWEET MANDARIN 168 INC. dba | ) | |
| SWEET MANDARIN ASIAN BISTRO | ) | |
| HIBACHI & SUSHI BAR, and ERICA YEUNG and | ) | |
| SHING HIN YEUNG, individually, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SWEET MANDARIN 168 INC. dba SWEET MANDARIN ASIAN BISTRO HIBACHI &
SUSHI BAR, 18 Cottage Row, Glen Cove, New York 11542

ERICA YEUNG, 18 Cottage Row, Glen Cove, New York 11542

SHING HIN YEUNG, 18 Cottage Row, Glen Cove, New York 11542

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  7/21/2025

*Sandra Felgueiras*

*Signature of Clerk or Deputy Clerk*

